IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SELVYN ARMANDO MENDOZA-TORRES, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-725-KC |
| KRISTI NOEM et al., | § § | |
| Respondents. | § § § | |

**ORDER**

On this day, the Court considered Plaintiff's Motion for Leave to File Redacted Exhibits ("Motion"), ECF No. 10. Plaintiff seeks to file redacted versions of Exhibits B, D, and H, attached to his Complaint, ECF No.1, and Exhibits I, J, K, and L, attached to his Notice of Supplemental Exhibits, ECF No. 9. Mot. 1–2. Plaintiff, however, fails to state whether the Motion is opposed or unopposed in compliance with Local Rule CV-7(g). *See* W.D. Tex. L.R. CV-7(g).

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a response stating their position on the Motion by **April 8, 2026**.

Plaintiff is **CAUTIONED** that in the future he must comply with the conference requirement of Local Rule CV-7(g) and indicate in the body of any nondispositive motion whether Respondents are opposed or unopposed to the motion.

**SO ORDERED.**

SIGNED this 1st day of April, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE