### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| SELVYN ARMANDO MENDOZA-TORRES, | § § § | |
| Plaintiff, | § § § | |
| v. | § | CAUSE NO. EP-26-CV-725-KC |
| KRISTI NOEM et al., | § § § | |
| Defendants. | § § § | |

### FINAL JUDGMENT

On this day, the Court considered Plaintiff's Unopposed Motion to Voluntarily Dismiss ("Motion"), ECF No. 36. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that the Motion, ECF No. 36, is **GRANTED** and all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

The Court expresses no opinion on the merits of any forthcoming motion for costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 9th day of June, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE